NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHAN M. MOORER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5115

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0067, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Stephan M. Moorer moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

MOORER V. US                                                                2

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21

ISSUED AS A MANDATE:  September 10, 2013